# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2858
_____

SEBASTIAN SCAIFE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Liberty County.
Ronald W. Flury, Judge.

July 24, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and KELSEY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Richard M. Bracey, III, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier Attorney General, and Amanda Bosman, Assistant Attorney General, Tallahassee, for Appellee.